Sony Interactive Entertainment LLC v. The Partnerships and Unincorporated Associations
Identified on Schedule "A" - Case No. 25-cv-07391

# Schedule A

| | Defendant Online Marketplaces | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | amazon.com/sp?seller=A1EMHHMBV56WNB | TREEPERI decor |
| 2 | amazon.com/sp?seller=A28WBQ2IFP8523 | tunkang651 |
| 3 | amazon.com/sp?seller=A206ZXXRDAUFCV | TURAHOME |
| 4 | amazon.com/sp?seller=A3K2X22GYQCOH2 | Urban Oasis |
| 5 | amazon.com/sp?seller=A3KT09G6JVLCSK | VA Store^^ |
| 6 | amazon.com/sp?seller=A2TE4PQRSW3SSU | VAEcommet |
| 7 | amazon.com/sp?seller=A3B8AEZJY56KJB | Vlamo's Store |
| 8 | amazon.com/sp?seller=AZOJGUEDCNS7I | VlipoeasnDirect |
| 9 | amazon.com/sp?seller=A3SKKB7BCMKRY4 | Wanghaohao A |
| 10 | amazon.com/sp?seller=A3LHTHFDVDWPH1 | wangyichangamaz |
| 11 | amazon.com/sp?seller=A3GEQW6ME5V9WC | WASHBO |
| 12 | amazon.com/sp?seller=A174KYEVOXD3M8 | WAWSAM |
| 13 | amazon.com/sp?seller=A3MZ04UZ0F5VTM | Wen Chao Art Trading Firm |
| 14 | amazon.com/sp?seller=A1UJYLZ34T3BF8 | wenxixianruoyunshangmaoyouxiangongsi |
| 15 | amazon.com/sp?seller=A2OCDI6Y12DKVX | Widtech |
| 16 | amazon.com/sp?seller=ADGI98HRRUQOF | WORDTOWORD |
| 17 | amazon.com/sp?seller=AH2TQ45U29SLO | WuErZeroZero |
| 18 | amazon.com/sp?seller=A1M3P2Z0XSY8ZV | XIAJNASHIZ |
| 19 | amazon.com/sp?seller=A1VA9NEHSOV294 | XIAOOUFASHION |
| 20 | amazon.com/sp?seller=A35V4G1UW9TOPD | xinguiart |
| 21 | amazon.com/sp?seller=A1EPNMWJQKJIS7 | YaoAnXianXueYanDouShangMaoYouXianGongSi |
| 22 | amazon.com/sp?seller=A1ZXG46310GWS0 | Yiyufy |
| 23 | amazon.com/sp?seller=A10CCZXEFUUD2P | YOURANHE |
| 24 | amazon.com/sp?seller=A3OSXD951W38ZW | ZhangGuoRong-us |
| 25 | amazon.com/sp?seller=A2RLTI1L1XVU8Z | zhangjiajieshiwulingyuan |
| 26 | amazon.com/sp?seller=A3U3YKKIT99K9H | ZL Art |
| 27 | amazon.com/sp?seller=A1CDNN25GODXEZ | ZOEO |
| 28 | amazon.com/sp?seller=A1M8CUJDD5X020 | ZOUTAIRONG |
| 29 | amazon.com/sp?seller=A2FUYL9Q8291R8 | zyrtty |
| 30 | amazon.com/sp?seller=A14H183Q9GC2Y8 | ZzzhaoRen |
| 31 | temu.com/m-634418218050063.html | Aadapt |
| 32 | temu.com/m-634418216833178.html | AzureFlicker |
| 33 | temu.com/m-634418218630947.html | BiFengWallARTb |
| 34 | temu.com/m-634418222741006.html | CAILIXIA |

| 35 | temu.com/m-634418221943506.html | CCXDY |
|---|---|---|
| 36 | temu.com/m-634418218212195.html | ChenCrafts |
| 37 | temu.com/m-634418218105270.html | coomblas |
| 38 | temu.com/m-634418218526211.html | EmilyJJ |
| 39 | temu.com/m-634418221697211.html | Excellent enterprise local |
| 40 | temu.com/m-634418220098079.html | FANCK FIVE |
| 41 | temu.com/m-634418221121321.html | Fengshang Pavilionn |
| 42 | temu.com/m-634418222775778.html | GFCLO SHOP |
| 43 | temu.com/m-634418221309205.html | Huan Bai Top |
| 44 | temu.com/m-634418220288472.html | IronWhisper Gallery A |
| 45 | temu.com/m-634418222778401.html | Jardin Imagery Art |
| 46 | temu.com/m-634418222430364.html | KJXABCGG |
| 47 | temu.com/m-634418222558282.html | KJXABCOO |
| 48 | temu.com/m-634418221665160.html | KOMORE K |
| 49 | temu.com/m-634418222804349.html | KS GO |
| 50 | temu.com/m-634418219825379.html | LL LL Studio |
| 51 | temu.com/m-634418217608196.html | Llabel |
| 52 | temu.com/m-634418216303051.html | Luckyspot |
| 53 | temu.com/m-634418222490351.html | LzbYm ART |
| 54 | temu.com/m-634418219371753.html | POP UP Studio B |
| 55 | temu.com/m-634418222958981.html | RANGDANBAIHUO |
| 56 | temu.com/m-634418222234005.html | SANLIOKYC |
| 57 | temu.com/m-634418222692592.html | Time Passage |
| 58 | temu.com/m-634418220820241.html | Tin signs Emporium |
| 59 | temu.com/m-634418219983093.html | TWOAIYUKE PAINTING |
| 60 | temu.com/m-634418221872848.html | YQBwanxin |
| 61 | temu.com/m-634418222490750.html | yuguodo |
| 62 | temu.com/m-634418221838999.html | ZLPDJGG |
| 63 | temu.com/m-634418222409293.html | ZONGWUYIART |
| 64 | temu.com/m-634418222510844.html | Zyqteipihua |
| 65 | walmart.com/seller/102766115 | 102766115 |
| 66 | walmart.com/seller/102508883 | adfuxok |
| 67 | walmart.com/seller/102785556 | bianxingjingang |
| 68 | walmart.com/seller/102788533 | Cai-Ding |
| 69 | walmart.com/seller/102818006 | Cao liang |
| 70 | walmart.com/seller/101693905 | Carpe Omnia |
| 71 | walmart.com/seller/102740634 | chuisj |
| 72 | walmart.com/seller/101678905 | CozyCorner Clothing |
| 73 | walmart.com/seller/101253752 | DouZhe |
| 74 | walmart.com/seller/102759781 | Fan Yishang |
| 75 | walmart.com/seller/102783786 | Halna |
| 76 | walmart.com/seller/102631954 | junbaihaoshangmao |
| 77 | walmart.com/seller/101682235 | LongYongJieWireless062 |

| | | |
|---|---|---|
| 78 | walmart.com/seller/102798809 | NDGMAFGGA Clothing |
| 79 | walmart.com/seller/101108613 | Neasyth |
| 80 | walmart.com/seller/102736835 | NICAIYIN |
| 81 | walmart.com/seller/102766827 | Nova Games |
| 82 | walmart.com/seller/102719621 | S0NYISHOP-US-INC |
| 83 | walmart.com/seller/102745975 | sanmenxiaqiuweishangmao |
| 84 | walmart.com/seller/102538009 | SFDFGF.Co.Ltd |
| 85 | walmart.com/seller/101374343 | ThusFar Store |
| 86 | walmart.com/seller/101680846 | Verve Clothing |
| 87 | walmart.com/seller/102752828 | WANGLEI |
| 88 | walmart.com/seller/101118062 | Xiamen Youcaiyi Trade Co., LTD |
| 89 | walmart.com/seller/102715606 | XINRUICHI |
| 90 | walmart.com/seller/102635618 | ZHQIANG |
| 91 | walmart.com/seller/101294020 | ZNDUO |