**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC, | Case No. 25-cv-07391 |
| Plaintiff, | **Judge Matthew F. Kennelly** |
| v. | |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | **Magistrate Judge Young B. Kim** |
| Defendants. | |

**Declaration of Mekalaradha Murphy**

1

## DECLARATION OF MEKALARADHA MURPHY

I, Mekalaradha Murphy, declare and state as follows:

1.  This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2.  I am the Vice President, Legal – Global Intellectual Property for Sony Interactive Entertainment, LLC ("SIE" or "Plaintiff"). I am knowledgeable of or have access to business records concerning all information referenced herein including, but not limited to, SIE's trademarks, copyrights, other intellectual property, sales, on-line sales, advertising, marketing, and media coverage. I make this declaration from matters within my own knowledge save where otherwise stated.

3.  Plaintiff SIE is a California limited liability company with its principal place of business in San Mateo, California. SIE is a wholly owned subsidiary of Sony Corporation of America.

4.  SIE, together with Sony Interactive Entertainment Inc. ("SIE Inc.") in Tokyo, Japan, is one of the global leaders in video game and entertainment responsible for developing the internationally recognized PlayStation® brand and family of products and services (the "PlayStation® Brand"), which first launched in 1994. The PlayStation® Brand is one of Plaintiff's most valuable assets. SIE and SIE Inc. are responsible for the PlayStation® Brand. SIE and SIE Inc. manufacture, produce, market, advertise, offer for sale and sell a wide variety of products using the famous PLAYSTATION trademarks, including video games consoles, video games, peripheral accessories, and related consumer goods (collectively, "Genuine PlayStation® Products"). SIE, with and on behalf of SIE Inc., has

also entered into numerous trademark licensing agreements in the United States and around the world, authorizing use of the famous PLAYSTATION trademarks on Genuine PlayStation® Products.

5.     The PlayStation® Brand has enjoyed great success throughout the United States and the world.  As of March 2025, each generation of PlayStation® Brand video game console has sold more than 76 million units worldwide.  SIE has produced five of the top ten best-selling video game consoles of all time, including the PlayStation® 2, the most successful video game console of all time with over 160 million units sold as of March 2012.

6.     Through PlayStation Studios, SIE has also developed and produced numerous PlayStation® Brand video games.  All of these video games consist of or include large amounts of creative audiovisual material, stories, characters, and other matter that are wholly original to SIE.  SIE has made, and continues to make, substantial investments in the design, development, testing, manufacturing, marketing and distribution of their PlayStation® Brand video games.  PlayStation® Brand video games take years and millions of dollars to develop.

7.     SIE and SIE Inc. are the owners of many famous and distinctive trademarks, including the PLAYSTATION trademark and other trademarks (collectively, the "PLAYSTATION Trademarks"), and work in conjunction to license and protect those trademarks. SIE commercially exploits, protects and enforces rights in the famous and distinctive trademarks, names, logos, symbols, emblems, designs, trade dresses, and other identifying indicia associated with SIE and SIE Inc., including, but not limited to, the PLAYSTATION Trademarks that are the subject of valid and subsisting trademark registrations on the Principal Register of the United States Patent and Trademark Office

as well as those that SIE Inc. has adopted and used in commerce throughout the United States, including in Illinois. A non-exclusive list of the PLAYSTATION Trademarks is included below.

| Registration No(s). | Trademark |
|---|---|
| 5929333; 6776909 | PLAYSTATION |
| 6763918 | PS4 |
| 6496058 | PS5 |
| 3147147; 3003228 | PSP |
| 5000799 | PSVR |
| 6770411 | PLAY HAS NO LIMITS |
| 6451015 | PLAY LIKE NEVER BEFORE |
| 6367785 | DUALSENSE |
| 4498083; 6010231 | DUALSHOCK |
| 2431970 | DUAL SHOCK |
| 2730542; 4430716; 3029637; 2087964; 2259732; 2053625 | PlayStation |
| 6784229 | PS |
| 3102506 | PS2 |
| 4017554 | PS3 |
| 7171803; 5619630 | PS4 |
| 6770227; 6279642 | PS5 |
| 3025454 | PS |

| 4741506; 5635158 |  |
|---|---|
| 3029955; 3128286 |  |
| 3036993; 2728079; 3029636; 3482765; 7279163 |  |
| 2024707; 2109353 |  |
| 6044484; 5667771 |  |
| 6770229; 6082275; 2754313; 2993560 |  |
| 6805555; 2757385 |  |

| 5748316 | |
|---------|---|
| 6770203 | |
| 3554534 | |



8.    A non-exclusive list of the PLAYSTATION Trademarks associated with PlayStation®

Brand video games is included below.

| Registration No(s). | Trademark |
|---------------------|-----------|
| 3064169 | GOD OF WAR |
| 4735481 | UNCHARTED |
| 3052719; 3468429 | GRAN TURISMO |
| 5392159; 4800895; 4810333; 4403964 | THE LAST OF US |
| 6895984 | ASTRO'S PLAYROOM |
| 5892540 | BLOOD & TRUTH |
| 4791550 | BLOODBORNE |
| 5829242 | DAYS GONE |
| 6383009 | DEMON'S SOULS |
| 6428579 | GHOST OF TSUSHIMA |
| 4756623 | HELLDIVERS |

| 5396802; 6448762 | HORIZON ZERO DAWN |
| --- | --- |
| 4183157 | INFAMOUS |
| 3102840 | INSOMNIAC |
| 2158179; | INSOMNIAC GAMES |
| 4285981 | JAK AND DAXTER |
| 4172195 | JOURNEY |
| 2036776 | NAUGHTY DOG |
| 4841517 | RATCHET & CLANK |
| 3679767 | SECRET AGENT CLANK |
| 3145954 | SLY COOPER |
| 3149183 | TWISTED METAL |
| 5927189 | BLOOD &TRUTH |
| 2404325 | NAUGHTY DOG |
| 6329559 | SAN DIEGO STUDIO |
| 4254118 | SAN DIEGO STUDIO |
| 4993920 | Santa Monica Studio |

| 4856474 |  |
|---------|---|
| 3509850 |  |

9.    The above U.S. registrations for the PLAYSTATION Trademarks are valid, subsisting, in full force and effect, and many are incontestable pursuant to 15 U.S.C. § 1065. True and correct copies of the United States Registration Certificates for the above-listed PLAYSTATION Trademarks are attached hereto as **Exhibit 1**.

10.    The PLAYSTATION Trademarks signify to the purchaser that Genuine PlayStation® Products come from SIE and SIE Inc. and are manufactured to SIE and SIE Inc.'s quality standards. SIE and SIE Inc. ensure that products bearing the PLAYSTATION Trademarks are manufactured to the highest quality standards.

11.    The PLAYSTATION Trademarks have been continuously used and never abandoned. The innovative marketing and product designs of the Genuine PlayStation® Products have enabled the PlayStation® Brand to achieve widespread recognition and fame. The widespread fame, outstanding reputation, and significant goodwill associated with the PlayStation® Brand have made the PLAYSTATION Trademarks valuable assets of SIE.

12.    SIE and SIE Inc. have expended substantial time, money, and other resources in advertising and promoting the PLAYSTATION Trademarks.  In fact, SIE and SIE Inc. have expended millions of dollars in advertising, promoting, and marketing featuring the PLAYSTATION Trademarks.  Genuine PlayStation® Products have also been the subject

of extensive unsolicited publicity resulting from their high-quality, innovative designs. As a result, products bearing the PLAYSTATION Trademarks are widely recognized and exclusively associated by consumers, the public, and the trade as being high-quality products sourced from SIE and SIE Inc. Genuine PlayStation® Products have become among the most popular video game consoles, video games, peripheral products and associated consumer goods in the U.S. and the world. The PLAYSTATION Trademarks have achieved tremendous fame and recognition which has only added to the distinctiveness of the marks. For example, all five of the PlayStation® video game consoles rank in the top ten best selling video game consoles of all time worldwide with over 540 million units sold. As such, the goodwill associated with the PLAYSTATION Trademarks is of incalculable and inestimable value to SIE and SIE Inc.

13.     SIE and SIE Inc. have also registered many of their video games (the "PlayStation® Copyrighted Works") with the United States Copyright Office, including under the titles "Astro Bot" (U.S. Copyright Registration No. PA0002506229), issued by the Register of Copyrights on October 1, 2024, "Astro Bot Rescue Mission" (U.S. Copyright Registration No. PA0002162863), issued by the Register of Copyrights on December 14, 2018, and "Astro's Playroom" (U.S. Copyright Registration No. PA0002280029), issued by the Register of Copyrights on January 11, 2021. A true and correct copy of the U.S. federal copyright registration certificates for the above-referenced PlayStation® Copyrighted Works is attached hereto as **Exhibit 2**.

14.     Since its first publication, the PlayStation® Copyrighted Works have been used on the Genuine PlayStation® Products.

15.    SIE has been granted the right by SIE Inc. to bring and prosecute actions involving the PLAYSTATION Trademarks and the PlayStation® Copyrighted Works owned by SIE Inc. against Defendants in the United States for infringement via a business agreement.

16.    Genuine PlayStation® Products are distributed and sold to consumers through authorized retail channels throughout the United States, including through authorized retailers in Illinois.

17.    The success of the PlayStation® Brand has resulted in significant counterfeiting of the PLAYSTATION Trademarks and copying of the PlayStation® Copyrighted Works. Consequently, SIE, on behalf of itself and SIE Inc., has a worldwide anti-counterfeiting program and regularly investigates suspicious e-commerce stores identified in proactive Internet sweeps and reported by consumers. In recent years, SIE has identified numerous fully interactive e-commerce stores, including those operating under the seller aliases identified in Schedule A to the Complaint (the "Seller Aliases"), which were offering for sale and/or selling unauthorized and unlicensed products using infringing and counterfeit versions of the PLAYSTATION Trademarks and/or unauthorized copies of the federally registered PlayStation® Copyrighted Works (the "Unauthorized Products") to consumers in this Judicial District and throughout the United States.

18.    I perform, supervise, and/or direct investigations related to Internet-based infringement of the PLAYSTATION Trademarks and the PlayStation® Copyrighted Works. Our investigation shows that Defendants are using the Seller Aliases to sell Unauthorized Products from foreign countries such as China to consumers in the U.S. and elsewhere. I, or someone working under my direction, analyzed each of the e-commerce stores operating under the Seller Aliases and determined that Unauthorized Products were being

offered for sale to residents of the United States, including Illinois residents. This conclusion was reached through visual inspection of the products listed for sale on each e-commerce store, the price at which the Unauthorized Products were offered for sale, other features commonly associated with e-commerce stores selling Unauthorized Products, and because Defendants and their e-commerce stores do not conduct business with SIE and do not have the right or authority to use the PLAYSTATION Trademarks and/or copy the PlayStation® Copyrighted Works. In addition, each e-commerce store offered shipping to the United States, including Illinois. True and correct copies of screenshot printouts showing the active e-commerce stores operating under the Seller Aliases reviewed are attached as **Exhibit 3**.

19.     Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars and/or funds from U.S. bank accounts and, on information and belief, have sold Unauthorized Products to residents of Illinois.

20.     Defendants concurrently employ and benefit from substantially similar advertising and marketing strategies. For example, many Defendants facilitate sales by designing the e-commerce stores (including product detail pages) operating under the Seller Aliases so that they appear to unknowing consumers to be authorized online retailers, outlet stores, or wholesalers. E-commerce stores operating under the Seller Aliases look sophisticated and accept payment in U.S. dollars and/or funds from U.S. bank accounts via credit cards, Alipay, Amazon Pay, and/or PayPal. E-commerce stores operating under the Seller Aliases often include content and images that make it very difficult for consumers to distinguish

such stores from an authorized retailer. SIE has not licensed or authorized Defendants to use any of the PLAYSTATION Trademarks and/or copy or distribute the PlayStation® Copyrighted Works, and none of the Defendants are authorized retailers of Genuine PlayStation® Products.

21.     Many Defendants also deceive unknowing consumers by using the PLAYSTATION Trademarks without authorization within the content, text, and/or meta tags of their e-commerce stores to attract various search engines crawling the Internet looking for websites relevant to consumer searches for Genuine PlayStation® Products. Other e-commerce stores operating under the Seller Aliases omit using the PLAYSTATION Trademarks in the item title to evade enforcement efforts while using strategic item titles and descriptions that will trigger their listings when consumers are searching for Genuine PlayStation® Products.

22.     Upon information and belief, Defendants are working to knowingly and willfully import, distribute, offer for sale, and sell Unauthorized Products in the same transaction, occurrence, or series of transactions or occurrences. Defendants, without any authorization or license from SIE, have knowingly and willfully used and continue to use the PLAYSTATION Trademarks and/or copies of the PlayStation® Copyrighted Works in connection with the advertisement, distribution, offering for sale, and sale of Unauthorized Products into the United States and Illinois over the Internet.

23.     Defendants are collectively causing harm to SIE's goodwill and reputation because the effect of their unlawful actions taken together amplifies each harm and creates a single negative consumer impression.  Defendants' activities, occurring at the same time and in the same retail space and manner as one another, blend together to create a single negative

impression on consumers such that they constitute the same occurrence or series of occurrences. The combination of all Defendants engaging in the same illegal activity in the same time span causes a collective harm to SIE in a way that individual actions, occurring alone, might not.

24.    Monetary damages cannot adequately compensate SIE for ongoing infringement because monetary damages fail to address the loss of control of and damage to SIE's reputation and goodwill. Furthermore, monetary damages are difficult, if not impossible, to ascertain due to the inability to calculate measurable damage in dollars and cents caused to SIE's reputation and goodwill by acts of infringement.

25.    SIE's goodwill and reputation are irreparably damaged when the PLAYSTATION Trademarks are used in connection with the offering for sale or sale of goods not authorized, produced, or manufactured by SIE or SIE Inc. Moreover, brand confidence is damaged, which can result in a loss of future sales and market share. The extent of harm to SIE's reputation and goodwill and the possible diversion of customers due to loss in brand confidence are largely unquantifiable.

26.    SIE is further irreparably harmed by the unauthorized use of the PLAYSTATION Trademarks and the PlayStation® Copyrighted Works because SIE does not control the nature and quality of the Unauthorized Products. Loss of quality control over goods offered for sale or sold under the PLAYSTATION Trademarks and, in turn, loss of control over SIE's reputation, is neither calculable nor precisely compensable.

27.    The use of the PLAYSTATION Trademarks and/or the PlayStation® Copyrighted Works in connection with the offering for sale or sale of goods not authorized, produced, or manufactured by SIE is likely causing and will continue to cause consumer confusion,

which weakens SIE's brand recognition and reputation. Consumers who mistakenly believe that the Unauthorized Products they have purchased originated from SIE or SIE Inc. will come to believe that SIE and SIE Inc. offer low-quality products. Inferior quality products results in increased skepticism and hesitance in consumers presented with Genuine PlayStation® Products, resulting in a loss or undermining of SIE's reputation and goodwill. Indeed, there is damage to SIE's reputation and goodwill even if consumers know that the goods they are purchasing are counterfeit. Prospective consumers who see inferior Unauthorized Products used by others may mistakenly believe such goods to be genuine and may consequently develop a poor impression of SIE and the PLAYSTATION Trademarks. Such post-sale confusion results in damage to SIE's reputation and correlates to a loss of unquantifiable future sales.

28.   SIE is further irreparably damaged due to a loss of exclusivity. Genuine PlayStation® Products are meant to be exclusive. SIE's extensive marketing efforts and innovative designs are aimed at growing and sustaining sales. The PLAYSTATION Trademarks are distinctive and signify to consumers that the products originate from SIE or SIE Inc. and are manufactured to SIE and SIE Inc.'s high-quality standards. When counterfeiters use the PLAYSTATION Trademarks to offer for sale or sell goods without SIE's authorization, the exclusivity of SIE's products, as well as SIE's reputation, are damaged and eroded, resulting in a loss of unquantifiable future sales.

29.   SIE will suffer immediate and irreparable injury, loss, or damage if an *ex parte* Temporary Restraining Order is not issued in accordance with Federal Rule of Civil Procedure 65(b)(1).

Docusign Envelope ID: 5DDF3DCF-8ED6-4A54-B25G-D5BA7CDC2E1E

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this the __27__ day of June 2025 at San Mateo, California.

Mekalaradha Murphy