## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC,<br><br>        Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>        Defendant. | Case No. 25-cv-07391<br><br>**DEFENDANT WAWSAM'S ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>Honorable Judge Matthew F Kennelly<br><br>Complaint Filed: 07/01/2025 |

Defendant WAWSAM ("Defendant"), by and through counsel, hereby answers Plaintiff SONY INTERACTIVE ENTERTAINMENT LLC's Complaint as follows. Except as expressly admitted herein, Defendant denies each and every allegation, and denies that Plaintiff is entitled to any relief.

**RESPONSES TO NUMERED PARAGRAPHS OF COMPLAINT**

1. Defendant admits only that Plaintiff purports to bring this action; Defendant otherwise denies the allegations in this paragraph.

2. Paragraph 2 states legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations.

3. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3, and on that basis denies them.

4. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4, and on that basis denies them.

1

5. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5, and on that basis denies them.

6. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6, and on that basis denies them.

7. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7, and on that basis denies them.

8. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8, and on that basis denies them.

9. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9, and on that basis denies them.

10. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10, and on that basis denies them.

11. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11, and on that basis denies them.

12. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12, and on that basis denies them.

13. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 13, and on that basis denies them.

14. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14, and on that basis denies them.

15. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15, and on that basis denies them.

16. Defendant lacks knowledge or information sufficient to form a belief as to the

truth of the allegations contained in Paragraph 16, and on that basis denies them.

17. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17, and on that basis denies them.

18. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 18, and on that basis denies them.

19. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in the first sentence of paragraph 19, and on that basis denies the allegations.

20. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in the first sentence of paragraph 20, and on that basis denies the allegations.

21. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in the first sentence of paragraph 21, and on that basis denies the allegations.

22. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in the first sentence of paragraph 22, and on that basis denies the allegations.

23. Defendant denies the allegations in paragraph 23.

24. Defendant denies the allegations in paragraph 24.

25. Defendant denies the allegations in paragraph 25.

26. Defendant denies the allegations in paragraph 26.

27. Defendant denies the allegations in paragraph 27.

28. Defendant denies the allegations in paragraph 28.

29. Defendant denies the allegations in paragraph 29.

30. Defendant denies the allegations in paragraph 30.

31. Defendant denies the allegations in paragraph 31.

32. Defendant denies the allegations in paragraph 32.

## COUNT I
## TRADEMARK INFRINGEMENT AND COUNTERFEITING

33. Defendant denies the incorporation paragraph to the extent it re-alleges any allegations that have already been denied.

34. Defendant denies the allegations in paragraph 34.

35. Defendant denies the allegations in paragraph 35.

36. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in the first sentence of paragraph 36, and on that basis denies the allegations.

37. Defendant denies the allegations in paragraph 37.

38. Defendant denies the allegations in paragraph 38.

39. Defendant denies the allegations in paragraph 39.

## COUNT II
## FALSE DESIGNATION OF ORIGIN (15 U.S.C. § 1125(a))

40. Defendant denies the incorporation paragraph to the extent it re-alleges any allegations that have already been denied.

41. Defendant denies the allegations in paragraph 41.

42. Defendant denies the allegations in paragraph 42.

43. Defendant denies the allegations in paragraph 43.

44. Defendant denies the allegations in paragraph 44.

## COUNT III
## COPYRIGHT INFRINGEMENT (17 U.S.C. §§ 106 AND 501)

45. Defendant denies the incorporation paragraph to the extent it re-alleges any allegations that have already been denied.

46. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in the first sentence of paragraph 46, and on that basis denies the allegations.

47. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in the first sentence of paragraph 47, and on that basis denies the allegations.

48. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in the first sentence of paragraph 48, and on that basis denies the allegations.

49. Defendant denies the allegations in paragraph 49.

50. Defendant denies the allegations in paragraph 50.

51. Defendant denies the allegations in paragraph 51.

52. Defendant denies the allegations in paragraph 52.

53. Defendant denies the allegations in paragraph 53.

54. Defendant denies the allegations in paragraph 54.

## PRAYER FOR RELIEF

To the extent a response is required, Defendant denies that Plaintiff is entitled to any of the relief requested in its Prayer for Relief.

## AFFIRMATIVE DEFENSES

Without assuming any burden not imposed by law, and expressly reserving the right to amend and/or add defenses as discovery proceeds, Defendant asserts the following defenses, each as a separate and independent ground for denial of relief:

### FIRST AFFIRMATIVE DEFENSE
*Failure to State a Claim*

1. The Complaint fails to state facts sufficient to constitute a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE
*Lack of Personal Jurisdiction / Improper Venue*

2. This Court lacks personal jurisdiction over Defendant; venue is improper or

inconvenient (including under 28 U.S.C. § 1404(a)).

### THIRD AFFIRMATIVE DEFENSE
*Non-Infringement*

3. Defendant has not infringed, either directly or indirectly, any valid and enforceable trademark or copyrighted work owned by Plaintiff.

### FOURTH AFFIRMATIVE DEFENSE
*Invalidity*

4. One or more of Plaintiff's asserted trademarks or copyrights are invalid or unenforceable under applicable law.

### FIFTH AFFIRMATIVE DEFENSE
*No Willfulness / Good-Faith Belief of Non-Infringement*

5. Plaintiff cannot meet the standards for willful infringement or enhanced damages.

### SIXTH AFFIRMATIVE DEFENSE
*Limitations on Damage.*

6. Any recovery sought by Plaintiff is barred or limited by the statutory provisions governing damages under the Lanham Act and the Copyright Act, including 15 U.S.C. §§ 1117, 1125, and 17 U.S.C. §§ 504–505.

### SEVENTH AFFIRMATIVE DEFENSE
*No False or Misleading Statement*

7. Plaintiff cannot prove falsity, materiality, deception, injury, or proximate cause under 15 U.S.C. § 1125(a).

### EIGHTH AFFIRMATIVE DEFENSE
*Waiver, Estoppel, Laches*

8. Plaintiff's claims are barred, in whole or in part, by the doctrines of waiver, estoppel, laches, and/or other equitable principles.

### NINTH AFFIRMATIVE DEFENSE

*Failure to Mitigate*

9. Plaintiff failed to take reasonable steps to mitigate any alleged damages.

**TENTH AFFIRMATIVE DEFENSE**
*Reservation of Rights*

10. Defendant presently lacks sufficient information to assert all possible defenses and reserves the right to amend and assert additional defenses as discovery proceeds.

WHEREFORE, Defendant respectfully requests that the Court:

1. Dismiss the Complaint in its entirety with prejudice;

2. Enter judgment in favor of Defendant and against Plaintiff on all claims;

3. Award Defendant its costs and such other relief as the Court deems just and proper.

Dated: October 7, 2025

Respectfully submitted
By: /s/ *Marjorie Ouyang*
VALLEY & SUMMIT LAW
One Park Plaza, #600
Irvine, CA 92614
Marjorie.Ouyang@valleysummitlaw.com
*Attorney for Defendant*