IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TREEPERI DECOR, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-07391<br><br>**Judge Matthew F. Kennelly**<br><br>**Magistrate Judge Young B. Kim** |

### PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION [54]

Plaintiff Sony Interactive Entertainment LLC ("Plaintiff" or "SIE") hereby submits its Reply in Support of its Motion to Compel and Stay the Briefing Schedule [54] ("Plaintiff's Motion").

Plaintiff's Motion was filed on October 13, 2025. [54]. On October 15, 2025, the Court set a hearing on Plaintiff's Motion for October 22, 2025. [57]. On October 21, 2025, at 1:27 p.m. CST, Plaintiff received Defendant's supplemental responses to Plaintiff's First Discovery Requests, as defined in Plaintiff's Motion (the "Supplemental Responses"). Defendant argues that Plaintiff's Motion is moot because of its production after the filing of Plaintiff's Motion and right before the hearing. However, the Supplemental Responses include minimal information, continued objections on unsupported and unwarranted grounds to almost every request, and the production of a single document. Defendant's Supplemental Responses are evasive and tantamount to no response at all. *See* Fed. R. Civ. P. 37(a)(4); *Johnson v. Kakvand*, 192 F.3d 656, 660 (7th Cir. 1999) (affirming sanctions for discovery abuses based in part on party's discovery responses objecting to nearly every interrogatory and production request and responding

"investigation continues" to the remainder.). Defendant's conduct has already necessitated Plaintiff's Motion. This eleventh-hour production is yet another attempt by Defendant to evade its discovery obligations. An order to compel Defendant to comply remains proper in this case because Defendant continues to avoid complying with this Court's orders causing disruptions in the proceeding that are unjustified and harmful. *Melendez v. Ill. Bell Tel. Co.*, 79 F.3d 661, 671 (7th Cir. 1996).

For the forgoing reasons, Plaintiff respectfully requests the Court to compel Defendant to completely and fully respond to Plaintiff's First Discovery Requests. Plaintiff also requests this Court stay the briefing schedule [53] until Defendant fully responds to Plaintiff's First Discovery Requests.

Dated this 21st day of October 2025.

Respectfully submitted,

/s/ Rachel S. Miller
Amy C. Ziegler
Justin R. Gaudio
Rachel S. Miller
Lucas A. Peterson
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rmiller@gbc.law
lpeterson@gbc.law

*Counsel for Plaintiff*
*Sony Interactive Entertainment LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of October 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically notify all counsel of record.

/s/ Rachel S. Miller
Amy C. Ziegler
Justin R. Gaudio
Rachel S. Miller
Lucas A. Peterson
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rmiller@gbc.law
lpeterson@gbc.law

*Counsel for Plaintiff*
*Sony Interactive Entertainment LLC*